### IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE, SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case Number 16-12335 NWW |
| RICHARD LAMAR MULLINS | § | |
| and wife, JEANNA FARRIS | § | |
| MULLINS | § | |
| Debtors | § | Chapter 13 |

### NOTICE OF PLAN MODIFICATION BEFORE CONFIRMATION, CONTINUED MEETING OF CREDITORS, AND OBJECTION DEADLINE

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1323 and Fed. R. Bankr. P. 2002(a)(5),

1. The Debtor is filing the attached Modified Plan.
2. The § 341(a) meeting of creditors in this case has been continued to _September 20_, 2016, at 1:00 pm and will be held at Plaza Level, Krystal Building, 100 West Martin Luther King Boulevard, Chattanooga, Tennessee 37402.
3. Any party wishing to object to the proposed amended plan of the Debtor must file a written objection with the Clerk of the United States Bankruptcy Court, 31 East 11th Street, Chattanooga, Tennessee 37402, before the scheduled time of the continued § 341(a) meeting of creditors referenced in paragraph 2 of this Notice or before the scheduled time of any further continuance of the § 341(a) meeting of creditors, or lodge a written objection with the Chapter 13 Trustee at the meeting. Any objection to the amended plan must set forth the reasons for the objection and must state that a copy of the objection has been served upon the attorney listed below and the Chapter 13 Trustee at P. O. Box 511, Chattanooga, Tennessee 37401, unless the objection is lodged with the Trustee during the § 341(a) meeting of creditors.
4. Absent an objection, the Court may enter an order confirming the amended plan without further notice or hearing. If an objection is filed, a hearing on the objection will be held at 31 East 11th Street, Chattanooga, Tennessee 37402 on _October 27_, 2016, at 10:00 am, unless the Debtor and the objecting parties agree to a different date at the continued meeting of creditors.

The undersigned hereby certifies that she has properly served this notice and the accompanying plan on the Chapter 13 Trustee and parties listed below.

Date: _8-17-2016_

/s/ Barbara S. Arthur

Barbara S. Arthur, Suite 104, East Ridge Commons, 3335 Ringgold Road, Chattanooga, 37412

(423) 697-9016          BPR Number 4694

United States Trustee
Historic U. S. Courthouse, Fourth Floor
31 East Eleventh Street
Chattanooga, TN 37402-2722

Army/Air Force Exchange
P. O. Box 650410
Dallas, TX 75265-0410

Capital One
P. O. Box 30285
Salt Lake City, UT 84130-0285

Chase Bank
P. O. Box 15298
Wilmington, DE 19850-5298

Chrysler Capital
Attn: Bankruptcy Dept.
P. O. Box 961278
Fort Worth, TX 76161-1278

Credit One Bank
P. O. Box 98878
Las Vegas, NV 89193-8878

Finkelstein, Kern, Steinberg,
and Cunningham
P. O. Box 1
Knoxville, TN 37901

General Sessions Court of Hamilton
County, Tennessee, Chattanooga Hamilton
County Courts Building
600 Market Street
Chattanooga, TN 37402

Lending Club Corporation
21 Stevenson, Suite 300
San Francisco, CA 94105

Midland Funding, LLC
8875 Aero Drive., Suite 200
San Diego, CA 92123

Midland Funding, LLC
2365 Northside Drive, Suite 300
San Diego, CA 92108

Ocwen Loan Servicing, LLC
1661 Worthington Rd., Ste. 100
West Palm Beach, FL 33409

Physician Services at Erlanger
P. O. Box 11589
Chattanooga, TN 37401

Pioneer MCB
3240 E. Tropicana
Las Vegas, NV 89121

Putnam County EMS
c/o Revenue Recovery Corporation
P. O. Box 50250
Knoxville, TN 37950-0250

Republic Finance
97 Crye Leike Drive
Fort Oglethorpe, GA 30742

Republic Finance
7031 Commerce Circle, Suite 100
Baton Rouge, LA 70809

Revenue Recovery Corporation
P. O. Box 50250
Knoxville, TN 37950-0250

Springleaf
961 Weigel Drive
Elmhurst, IL 60126

SYNCB/Wal-Mart
P. O. Box 965024
Orlando, FL 32896-5024

United Consumer Fin. Services
865 Bassett Road
Westlake, OH 44145-1142

WebBank/ Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303

Kara L. West
Chapter 13 Trustee
P. O. Box 511
Chattanooga, TN 37401-0511

Richard and Jeanna Mullins
6415 Edgmon Drive
Chattanooga, TN 37421